**\*E-FILED 04-08-2010\***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART REICHARDT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE, INC.,<br>aka METLIFE INC., MET LIFE<br>BANK N.A.; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. **CV 10-01170 HRL**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE CALENDARED FOR JUNE 8, 2010 AND SETTING NEW DATE** |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

~~[PROPOSED]~~ ORDER GRANTING STIPULATED REQUEST TO
RESCHEDULE CASE MANAGEMENT CONFERENCE CALENDARED
FOR JUNE 8, 2010 AND SETTING NEW DATE -- CV 10-01170 HRL

Printed on Recycled Paper

The Court, having read and considered the Stipulated Request To Reschedule Case Management Conference Calendared for June 8, 2010 and the supporting Declaration of Susan J. Boyle,

IT IS HEREBY ORDERED THAT the June 8, 2010 date for the Case Management Conference is vacated and continued to June 22, 2010 at 1:30 p.m.

IT IS FURTHER ORDERED THAT the Case Schedule be further modified as follows:

June 1, 2010, is the last day to:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- File ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov); and
- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov).

June 15, 2010, is the last day to:

- File Rule 26(f) Report;
- Complete initial disclosures or state objection in Rule 26(f) Report; and
- File Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov).

IT IS SO ORDERED:

DATED: April 8, 2010

HOWARD R. ~~FLOYD~~ LLOYD
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE CALENDARED FOR JUNE 8, 2010 AND SETTING NEW DATE -- CV 10-01170 HRL