Phillip M. Sims (SBN:51590)
P. Sophie Mai (SBN:254361)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA  95113
TEL: (408) 998-3400
FAX: (408) 297-1104
attorneys@simsandlayton.com

Attorneys for Plaintiff
Stewart Reichardt

*IT IS SO ORDERED*
*Judge James Ware*
4/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stewart Reichardt,<br><br>           Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE, INC aka METLIFE INC., MET LIFE BANK N.A.; and DOES ONE through TWENTY;<br><br>           Defendants. | CASE NO.  CV-10-01170 HRL<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO METROPOLITAN LIFE, INC. AKA METLIFE, INC. |

NOTICE IS HEREBY GIVEN THAT PLAINTIFF STEWART REICHARDT hereby dismisses Defendant METROPOLITAN LIFE, INC aka  METLIFE INC. **without** prejudice pursuant to FRCP 41(a)(2).

////

////

1

1
2  Dated: April 16, 2010                    Respectfully Submitted

                                            ____/s/ Sophie Mai_____
3                                           SIMS AND LAYTON
4                                           Sophie Mai, Attorneys for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28