Phillip M. Sims (SBN:51590)
P. Sophie Mai (SBN:254361)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
6/3/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEWART REICHARDT<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE, INC aka METLIFE INC., METLIFE BANK, N.A and DOES 1-20.<br><br>    Defendants. | CASE NO. 10-01170 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff Stewart Reichardt and Defendant MetLife Bank N.A, hereby file this Stipulation and proposed order to continue the case management conference.

1. On March 12, 2010, Plaintiff Reichardt filed a First Amended Complaint in state court in Santa Clara County.

2. On March 19, 2010, Defendant petitioned to the remove the matter to Federal court citing diversity of citizenship as reason for Federal jurisdiction.

3. An initial Case Management Conference was scheduled for June 8, 2010 at this time.

4. On April 5, 2010, both parties requested via stipulation that the original June 8, 2010 Case Management Conference be vacated and rescheduled for a later date and time. Defendant's counsel has a conflict with the June 14, 2010 date due to vacation plans in conjunction with her daughter's graduation from high school.

5. On April 8, 2010, Magistrate Judge Lloyd signed an order granting the request, and rescheduled the case management conference for June 22, 2010.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE CV-10-01170-JW

6. On April 15, 2010, Defendant filed a Motion to Dismiss Plaintiff's complaint; hearing date set for May 25, 2010.

7. On April 16, 2010, Plaintiff filed a Notice of Dismissal without prejudice as to Defendant Metropolitan Life, Inc. also known as Metlife, Inc. Judge Ware granted the order dismissing Metropolitan Life, Inc. also known as MetLife, Inc. as a Defendant on April 29, 2010.

8. On April 26, 2010, Defendant filed its declination to proceed before a Magistrate Judge and requested for reassignment to a United States District Judge.

9. As a result, Judge James Ware was assigned to this matter. Per the clerk's notice, both parties were informed that any and all matters set for hearing are vacated and should be re-noticed for hearing before the judge to whom the case has been reassigned.

10. All parties have been duly notified of the new Motion to Dismiss hearing date set for October 18, 2010.

11. In light of these events, both parties hereby stipulate and request on order scheduling the Case Management Conference currently set for June 22, 2010, be rescheduled after Defendant's Motion to Dismiss October 18, 2010 hearing.

Respectfully Submitted,

Date : 5/18/2010

SIMS & LAYTON
/s/ Sophie Mai Gines
PHILLIP M. SIMS
SOPHIE MAI GINES
Attorneys for *Plaintiff Stewart Reichardt*

///
///
////

|   |   |
|---|---|
| | MARGOLIS & TISMAN LLP |
| Date: 5/18/2010 | /s/ Susan J. Boyle |
| | SUSAN J. BOYLE. |
| | Attorney for Defendant *MetLife Bank, N.A.* |

[Proposed] Order

The Court, having read and considered the Stipulated Request to Reschedule the Case Management Conference currently set for June 22, 2010, HEREBY ORDERS THAT the case management conference be continued to **October 18, 2010 at 10:00 AM.** On or before **October 8, 2010,** the parties shall submit a joint case management conference statement.

Dated: June 3, 2010

_____
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE CV-10-01170-JW