SUSAN J. BOYLE SBN: 104099
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
San Francisco, CA 94111
Telephone 415-986-2144
Fax 415-986-4461

Attorneys for Defendant
MetLife Bank, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEWART REICHARDT,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE, INC., aka METLIFE INC., MET LIFE BANK N.A.; and DOES 1-20,<br><br>Defendants. | Case No. **CV 10-01170 JW**<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE, BOTH CALENDARED FOR OCTOBER 18, 2010; DECLARATION OF SUSAN J. BOYLE IN SUPPORT OF** |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

**STIPULATION TO CONTINUE MOTION TO DISMISS AND CMC CONFERENCE; BOYLE DECLARATION -- CV 10-01170 HRL**

Printed on Recycled Paper

1   The parties, Plaintiff Stewart Reichardt, pro se and Defendant MetLife Bank, N.A., through its attorneys Margolis & Tisman LLP, hereby stipulate and request an order continuing the hearing on Defendant's Motion to Dismiss and rescheduling the Case Management Conference, both currently calendared for October 18, 2010.  The parties request that the Motion to Dismiss and Case Management Conference be continued for sixty (60) days or to a date convenient to the court's calendar to review the progress on the case.  This stipulated request is supported by the Declaration of Susan J. Boyle attached hereto.

   IT IS SO STIPULATED:

Dated: October __ 2010                By:   /s/ Stewart Reichardt
                                            STEWART REICHARDT
                                            Plaintiff, pro se


Dated: October 7, 2010                MARGOLIS & TISMAN LLP


                                      By:   /s/ Susan J. Boyle
                                            SUSAN J. BOYLE
                                            Attorneys for Defendants

1

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION TO CONTINUE MTN TO DISMISS AND CMC
CONFERENCE; BOYLE DECLARATION -- CV 10-01170 HRL

Printed on Recycled Paper

## DECLARATION OF SUSAN J. BOYLE

I, Susan J. Boyle, declare:

1. I am an attorney with Margolis & Tisman LLP, and am admitted to practice before the State and Federal courts of the State of California. I am the lead California counsel from my firm representing Defendant MetLife Bank, N.A. in the above-referenced matter.

2. I have personal knowledge of the facts set forth below. If called as a witness, I would and could competently testify to such facts.

3. Defendant filed a Motion to Dismiss on or about May 15, 2010. The motion is calendared for hearing on October 18, 2010.

4. A Case Management Conference is also calendared for October 18, 2010.

5. The parties have agreed to seek a continuance of both the Case Management Conference and the Motion to Dismiss.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this Declaration on October 7, 2010 at San Diego, California.

/s/ Susan J. Boyle

Susan J. Boyle

[~~Proposed~~] Order

The Court, having read and considered the Stipulated Request to Continue the Motion to Dismiss and to Reschedule the Case Management Conference currently set for October 18, 2010, HEREBY ORDERS THAT the hearing on the Motion to Dismiss and the Case Management Conference be continued to **December 20, 2010 09:00AM and the Case Management Conference at 10:00 AM.**

IT IS SO ORDERED.

Date  October 8, 2010

US District Judge JAMES WARE

2

STIPULATION TO CONTINUE MTN TO DISMISS AND CMC
CONFERENCE; BOYLE DECLARATION -- CV 10-01170 HRL

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

Printed on Recycled Paper

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEWART REICHARDT,

        Plaintiff,

  v.

METROPOLITAN LIFE, INC. et al,

        Defendant.
                                  /

Case Number: CV10-01170 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stewart Reichardt
1396 Ronnie Way
Saratoga, CA 95070

Dated: October 8, 2010

                                  Richard W. Wieking, Clerk
                                  /s/By: Elizabeth Garcia, Deputy Clerk