| | |
|---|---|
| 1 | STEWART REICHARDT |
| | 13696 Ronnie Way |
| 2 | Saratoga, CA, 95070 |
| | Telephone 408-438-8886 |
| 3 | |
| | Plaintiff in Pro Se |
| 4 | |
| 5 | SUSAN J. BOYLE SBN: 104099 |
| | MARGOLIS & TISMAN LLP |
| 6 | 601 Montgomery Street, Suite 2030 |
| | San Francisco, CA 94111 |
| 7 | Telephone 415-986-2144 |
| | Fax 415-986-4461 |
| 8 | |
| | Attorneys for Defendant |
| 9 | MetLife Bank, N.A. |

**IT IS SO ORDERED**
*Judge James Ware*
11/18/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEWART REICHARDT,

    Plaintiff,

v.

METROPOLITAN LIFE, INC.,
aka METLIFE INC., MET LIFE
BANK N.A.; and DOES 1-20,

    Defendants.

Case No. **CV 10-01170 JW**

**STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**

MARGOLIS & TISMAN LLP
Attorneys at Law
601 Montgomery Street
Suite 2030
San Francisco
California 94111

STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE --
CV 10-01170 JW

PAGE 1/2 * RCVD AT 10/26/2010 1:47:51 PM [Eastern Daylight Time] * SVR:OHCLEAPP1379/12 * DNIS:64552 * CSID: * DURATION (mm-ss):00-50

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
2  that the entire action is hereby dismissed with prejudice, with each party to bear his or its respective
3  costs and expenses, including attorneys' fees.

5  Dated: October 26, 2010    By: _____
6                                STEWART REICHARDT
                                  Plaintiff, pro se

9  Dated: November 16, ~~October~~, 2010    MARGOLIS & TISMAN LLP
11                                By: _____
12                                SUSAN J. BOYLE
                                  Attorneys for Defendants

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 Montgomery Street
Suite 2000
San Francisco
California 94111

1

STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE --
CV 10-01170 JW